PHILLIP A. TALBERT
United States Attorney
DEBORAH STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
ADAM LAZAR, CSBN 237485
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Phone: 415-268-5601
    Fax: 415-744-0134
    Adam.Lazar@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAN OWEN,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:16-cv-00912-CMK<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME** |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Opposition to Plaintiff's Opening Brief, originally due on April 24, 2017, by 60 days, through and including Friday, June 23, 2017. This is the Commissioner's first request for an extension of time in this matter.

An extension of time is needed in order to prepare Defendant's opposition because of the drafting attorney's exceptionally heavy workload, in which the attorney must conduct pre-trial, participate in a multi-day hearing, and draft post-hearing briefs for a recently-scheduled arbitration, in addition to the attorney's regular district court workload and drafting two Ninth

Stipulation for Extension of Time; 2:16-cv-00912-CMK  1

| | |
|---|---|
| 1 | Circuit briefs.  This request is made in good faith with no intention to unduly delay the |
| 2 | proceedings.  Counsel's office conferred with Plaintiff's counsel, who had no objection to this |
| 3 | request, on April 24, 2017. |
| 4 | Respectfully submitted this 24th day of April, 2017. |

                                                  PHILLIP A. TALBERT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX

By:    /s/  *Adam Lazar*
        ADAM LAZAR
        Special Assistant U.S. Attorney

        Attorneys for Defendant

By:    /s/ *Linda Ziskin**
        Linda S. Ziskin
        Attorney at Law
        Ziskin Law Office
        P.O. Box 753833
        Las Vegas, NV 89136
        (503) 889-0472

        Attorney for Plaintiff

        * By email authorization

**ORDER**

IT IS SO ORDERED.

Dated: April 26, 2017

                                                  CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE