PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ADAM LAZAR, CSBN 237485
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5601
    Facsimile: (415) 744-0134
    E-Mail: adam.lazar@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAN OWEN,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-00912-CMK<br><br>**JOINT STUPULATION AND ORDER FOR EXTENSION OF TIME** |

    Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Opposition to Plaintiff's Opening Brief, due on June 23, 2017, by 30 days, through and including Monday, July 24, 2017 (30 days falls on the preceding weekend). This is the Commissioner's second request for an extension of time in this matter.

    Counsel for Defendant is getting married on June 24, which has caused significant additional pressure on counsel's schedule. In addition, an extension of time is needed in order to prepare Defendant's opposition because of counsel's workload in the current two-week period,

including a Ninth Circuit answering brief, another summary judgment motion, an EAJA opposition, and a motion to remand, in addition to the brief due in this matter.

This request is made in good faith with no intention to unduly delay the proceedings. Counsel's office conferred with Plaintiff's counsel, who had no objection to this request, on June 21, 2017.

Respectfully submitted,

Dated:  June 21, 2017

PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/  Adam Lazar
ADAM LAZAR
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated:  June 21, 2017   By:  /s/  Linda Ziskin*
LINDA ZISKIN
(*by email authorization on June 21, 2017)

Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:  June 29, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE