**SHELLIE LOTT**, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

**LINDA S. ZISKIN**, SBN: 196293
Ziskin Law Office
linda@ziskinlawoffice.com
PO Box 753833
Las Vegas, NV 89136
Voice: (503) 889-0472
Fax:    (888) 889-5776
  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAN OWEN, | Case No.: 2:16-cv-00912-CMK |
| Plaintiff, | |
| vs. | UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY |
| COMMISSIONER of Social Security, | |
| Defendant | |

The above-captioned attorney, Linda S. Ziskin, hereby motions the Court to grant a withdrawal in this case. Defendant's Counsel has no objection to this Motion. Attorney Ziskin can no longer represent Plaintiff, as she is entering government service as an Attorney-Advisor

MOTION AND PROPOSED ORDER FOR ATTORNEY WITHDRAWAL

1

for Defendant. Any continuing involvement by Attorney Ziskin with the case would constitute an unlawful conflict under 18 U.S.C. § 205.

After granting this Motion, please remove Attorney Linda S. Ziskin from the ECF notification system for this case. Attorney Shellie Lott will remain as Counsel of Record and there will be no interruption in representation.

Respectfully submitted this 1st day of August, 2017.

                                         /s/ *Linda S. Ziskin*
                                         LINDA S. ZISKIN
                                         (503)889-0472

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |

MARIAN OWEN,　　　　　　　　　　　　Case No.:　2:16-cv-00912-CMK

　Plaintiff,

vs.　　　　　　　　　　　　　　　　　　) ORDER

COMMISSIONER of Social Security,

　　　　　Defendant

---

　　　Plaintiff's Motion for Withdrawal of Attorney Ziskin is hereby GRANTED.

Dated:  August 10, 2017

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CRAIG M. KELLISON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

MOTION AND PROPOSED ORDER FOR ATTORNEY WITHDRAWAL

3