SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO BRANCH

| | |
|---|---|
| MARIAN OWEN,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant | Case No.: 2:16-CV-0912-JAM-CMK<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A RESPONSE TO MAGISTRATE'S FINDINGS AND RECOMMENDATIONS** |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Response to Magistrate's Findings and Recommendations in the above-referenced case is hereby extended to the new due date of September 13, 2018.

    This extension (14 days) is requested because the writer's briefing schedule has been backed up due to traveling for hearings on other cases.

///

///

| | | |
|---|---|---|
| DATED: August 29, 2018 | | */s/ Shellie Lott* |
| | | Shellie Lott |
| | | Attorney for Plaintiff |

DATED: August 29, 2018                                   McGREGOR W. SCOTT
                                                        United States Attorney
                                                        DEBORAH LEE STACHEL
                                                        Regional Chief Counsel, Region IX

                                                         */s/ Urmila R. Taylor*
                                                        URMILA R. TAYLOR,
                                                        (As authorized via E-mail on 08/28/18)
                                                        Special Assistant U S Attorney
                                                        Attorneys for Defendant

SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO BRANCH

| | |
|---|---|
| MARIAN OWEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:16-CV-0912-JAM-CMK<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO FILE A RESPONSE TO MAGISTRATE'S FINDINGS AND RECOMMENDATIONS** |

　　　　Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time to file a Response to Magistrate's Findings and Recommendations, the request is hereby APPROVED.

　　　　Plaintiff shall file her Motion for Summary Judgment/Remand on or before September 13, 2018.

　　　　SO ORDERED.

Dated: August 29, 2018

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CRAIG M. KELLISON
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE